**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE**

**CIVIL ACTION NO. 21-53-DLB**

**STATES RESOURCES CORPORATION**                                            **PLAINTIFF**

v.                                                    <u>**JUDGMENT**</u>

**WILLIAMSON FAMILY FOODS, INC. et al.**                              **DEFENDANTS**

\* \* \* \* \* \* \* \* \* \* \*

Consistent with the Memorandum Opinion and Order entered contemporaneously today, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, with the Court being otherwise sufficiently advised,

**IT IS ORDERED AND ADJUDGED** as follows:

(1)      **JUDGMENT** is entered **in favor of Plaintiff** on Count I and Count IV of the Complaint (Doc. # 7) and **against the Defendants** Williamson Family Foods, Inc., John L. Williamson II, David Lee Maynard, and Nicky Delmar Williamson, jointly and severally, in the amounts that follow:

         (a)      Principal, interest, and late fees in the amount of $281,387,68;

         (b)      Attorneys fees and costs in the amount of $4,716.82;

         (c)      Post-judgment interest at the legal rate until this Judgment is paid in full;

(2)      **JUDGMENT** is entered **in favor of Plaintiff** on Count II of the Complaint (Doc. # 7), and Plaintiff is adjudged to possess a **valid lien** on the collateral listed in Exhibit I of the Complaint (Doc. # 7-9);

(3)     This matter is hereby **STRICKEN** from the Court's active docket; and

(4)     This is a **FINAL and APPEALABLE** order, and no just cause for delay exists.

This 26th day of April, 2022.



Signed By:
*David L. Bunning*
United States District Judge

K:\DATA\ORDERS\PikeCivil\2021\21-53 Judgment.docx